114 A.3d 831

**COMMONWEALTH of Pennsylvania, Petitioner**

v.

**William CHILDS, Respondent.**

Supreme Court of Pennsylvania.

May 13, 2015.

600

**ORDER**

PER CURIAM.

AND NOW, this 13th day of May, 2015, the Petition for Allowance of Appeal is **GRANTED.** The issue is:

Did Superior Court err by overturning a murder conviction on the ground that—contrary to the plain terms of the Statutory Construction Act—the trial judge should not have applied the law in effect at the time of the homicide?